STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WLADYSLAW PIETKUN, DEFENDANT-APPELLANT.

Submitted April 26, 1973—Decided May 2, 1973.

*Messrs. Kleinberg, Moroney, Masterson & Schachter,* attorneys for appellant (*Mr. Richard B. Goldsmith,* on the brief.)

*Mr. Joseph D. J. Gourley,* Passaic County Prosecutor, attorney for respondent (*Mr. Gary H. Schlyen,* Assistant Prosecutor, of counsel.)

PER CURIAM. This matter having been duly presented to the Court, it is Ordered that certification is granted (62 *N. J.* 324) and the judgment of the Appellate Division is modified to provide that the two convictions shall be deemed to be a single conviction under *N. J. S. A.* 2A:139-3 and the sentence to be imposed shall be 3-5 years, and, as thus modified, the judgment is affirmed.

*For affirmance as modified*—Chief Justice WEINTRAUB and Justices JACOBS, PROCTOR, HALL, MOUNTAIN and SULLIVAN and Judge CONFORD—7.

*Opposed*—None.